(August 17, 1995)

The People of the State of New York ex rel. Richard Balletta, on Behalf of Kendall Laster, Petitioner, v Joseph P. Jablonski, Respondent. [630 NYS2d 945] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Indictment No. 92540.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County

Indictment No. 92540 to the sum of $50,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Mangano, P. J., Hart, Friedmann and Goldstein, JJ., concur.